FILED ENTERED
LOGGED RECEIVED

AUG 2 7 2026

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DV DEPUTY

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **Crim. No. JKB-24-0313** |
| **RONTHANY WARD, et al.** | : | |
| **Defendants.** | : | |

**VERDICT FORM**

**Count One: Conspiracy To Distribute and Possess With Intent to Distribute Cocaine**

1a. How do you find Defendant RONTHANY WARD as to COUNT ONE, conspiracy to distribute and possess with intent to distribute cocaine?

Guilty ✓ Not Guilty ______

**If You Find Defendant Ronthany Ward Guilty as to Count One, Answer The Following Question:**

1b. If you find Defendant RONTHANY WARD guilty as to COUNT ONE, what quantity of cocaine do you find was involved in the offense? Check only one.

Less than 500 grams of cocaine ______

500 grams or more of cocaine ✓

**Proceed to Count Three.**

**Count Three: Possession With Intent To Distribute Controlled Substances**

2a. How do you find Defendant RONTHANY WARD as to COUNT THREE, possession with intent to distribute controlled substances?

Guilty ✓ Not Guilty ______

**If you find Defendant Ronthany Ward Guilty as to Count Three, answer the following questions:**

2b. If you find Defendant RONTHANY WARD guilty as to COUNT THREE, which controlled substances do you find were involved in the offense?

Cocaine: Yes ✓ No ____

Phencyclidine: Yes ✓ No ____

Heroin: Yes ✓ No ____

N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] (Fentanyl): Yes ✓ No ____

If you find that fentanyl was involved in the offense, what quantity of fentanyl do you find was involved in the offense? Check only one.

Less than 40 grams of fentanyl _____

40 grams or more of fentanyl ✓

**Proceed To Count Four.**

**<u>Count Four: Possession of a Firearm by a Prohibited Person</u>**

3. How do you find Defendant RONTHANY WARD as to COUNT FOUR, possession of a Firearm by a prohibited person.

Guilty ✓ Not Guilty _________

**If you have entered a verdict of Not Guilty on Count Three, enter a verdict of Not Guilty Below on Count Five. If you have entered a verdict of Guilty on Count Three, proceed to Count Five below.**

**<u>Count Five: Possession of a Firearm in Furtherance of a Drug Trafficking Crime</u>**

4. How do you find the Defendant, RONTHANY WARD as to COUNT FIVE, possession of a firearm in furtherance of a drug trafficking crime?

Guilty ✓ Not Guilty _________

**The foregoing constitutes the unanimous verdict of the jury.**

8/24/26
Date

SIGNATURE REDACTED
Signature of the Foreperson of the Jury